**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **LINDA SELENSKY.** ) | |
|     Plaintiff, ) | |
| ) | |
| **v.** ) | **CIVIL ACTION NO. 11-00195-KD-B** |
| ) | |
| **STATE OF ALABAMA,** ) | |
|     Defendant. ) | |

## JUDGMENT

In accordance with the Order issued on this date, it is **ORDERED, ADJUDGED** and **DECREED** that this action is **DISMISSED WITH PREJUDICE.**

**DONE** and **ORDERED** this the **11th** day of **July 2011.**

                                            /s/ Kristi K. DuBose
                                            **KRISTI K. DuBOSE**
                                            **UNITED STATES DISTRICT JUDGE**